## W. E. HANEY et al., Appellants, v. TEMPLE TRUST COMPANY, Appellee.

No. 7805.

Court of Civil Appeals of Texas. Austin.

Nov. 30, 1932.

On Appellee's Motion for Rehearing April 19, 1933.

Dibrell & Starnes, of Coleman, for appellants.

J. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellee.

McCLENDON, Chief Justice.

This cause is companion to cause No. 7804 (Tex. Civ. App.) 55 S.W.(2d) 891, of the same style this day decided. The only difference in the two causes requiring mention is that in the cause at bar the alleged usurious interest payments were not sufficient to discharge the entire principal of the notes in question. The undisputed balance, however, was upon notes which were not matured except under a clause which authorized accelerated maturity based upon default in the notes sought to be canceled. This difference in the two causes does not call for any difference in decision. The questions presented and propositions urged in the two appeals are identical, and call for identical holdings.

For the reasons stated in our opinion in cause No. 7804, the trial court's judgment is

reversed, and the cause is abated and dismissed without prejudice.

Reversed, and cause abated and dismissed.

On Appellee's Motion for Rehearing.

For the reasons stated in the opinion on rehearing in cause No. 7804 (Tex. Civ. App.) 55 S.W.(2d) 891, our former judgment is modified so as hereafter to read:

The trial court's judgment is reversed, and the cause is abated and remanded to the trial court with instructions to retain it suspended upon the docket until the Coleman county suit is determined, and thereupon to proceed in accordance with the final result of that suit. In all other respects the motion for rehearing is overruled.

Granted in part, and in part overruled.